United States District Court
Southern District of New York

---

UNITED STATES OF AMERICA

- against -

LEONARDO FERNANDEZ,

                Defendant.

19-cr-267 (JGK)

<u>SPEEDY TRIAL ORDER</u>

---

JOHN G. KOELTL, District Judge:

As stated at today's conference, a pre-trial conference shall be held on **July 23, 2019, at 4:30 p.m.**

In order to assure the effective assistance of counsel, to allow the defense to review the discovery and determine what motions, if any, it intends to make, and to allow the parties to discuss a disposition short of trial, the Court excludes the time from today until **July 23, 2019,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
           May 16, 2019

                                              _____
                                                 John G. Koeltl
                                           United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2019