# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

Leticia Silva
Legal Assistant

October 31, 2019

The Honorable John G. Koeltl
United States District Judge
United states District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   USA v. Leonardo Fernandez
      19 Cr. 267 (JGK)

Dear Judge Koeltl,

   Our office represents Mr. Leonardo Fernandez in the above captioned matter, which has a Status Conference scheduled for November 5, 2019 at 4:30PM.

   We have just received a written plea agreement from the Government. I request time to discuss this agreement with the defendant and the defendant's family, so that this matter may be resolved without having to go to trial. We respectfully request a 45-day adjournment on this case. We consent to the waiver of the time for Speedy Trial.

   A.U.S.A. Karin Portlock consents to this request for adjournment.

   Thank you for your consideration to this matter.

Respectfully submitted,

Telesforo Del Valle, Jr., Esq.
Attorney for Leonardo Fernandez,
Defendant.

Cc:   A.U.S.A. Karin Portlock, Esq.