UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

                19 cr 267 (JGK)

     -against-

**SPEEDY TRIAL ORDER**

LEONARDO FERNANDEZ,
                Defendant.
-----------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

     The parties are directed to appear for a conference on **Thursday, December 19, 2019, at 4:30pm,** before the Honorable John G. Koeltl.

     The Court prospectively excludes the time from today until **December 19, 2019** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                                 JOHN G. KOELTL
                                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       ~~October 31, 2019~~
       11/1/19

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-1-19