JCNQferC

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x
    UNITED STATES OF AMERICA
3
              v.                          19 CR 267 (GJK)
4                                         Conference

5   LEONARDO FERNANDEZ

6              Defendant
    ------------------------------x
7
                                          New York, N.Y.
8                                         December 23, 2019
                                          11:30 a.m.
9

10  Before:

11                    HON. JOHN G. KOELTL
                                          District Judge
12

13                       APPEARANCES

14  GEOFFREY S. BERMAN
         United States Attorney for the
15       Southern District of New York
    ALEXANDRA ROTHMAN
16       Assistant United States Attorney

17  DEL VALLE & ASSOCIATES
         Attorney for Defendant
18  TELESFORO DEL VALLE, JR

19  ALSO PRESENT:  MICHAEL KELLY, NYPD (Detective)

20

21

22

23

24

25

JCNQferC

1          (Case called)

2          DEPUTY CLERK:  Will all parties please state who they

3     are for the record.

4          MS. ROTHMAN:  Good morning, your Honor.  Alexandra

5     Rothman for the United States.  I'm joined by Detective Michael

6     Kelly from the New York City Police Department.

7          THE COURT:  Good morning.

8          MR. DEL VALLE:  Good morning, your Honor.

9          Ted Del Valle representing Mr. Fernandez who is

10    sitting to my left.

11         THE COURT:  All right.  Good morning.

12         Where are we, please?

13         MR. DEL VALLE:  Your Honor, this matter was originally

14    on for a plea by Mr. Fernandez.  Mr. Fernandez is respectfully

15    requesting a little bit more time.  He apparently has spoken

16    with his father.  His father is a little bit distressed.  His

17    father could not be here today, and I felt that in order for my

18    client's mind to be clear in the timing of taking his plea,

19    that it's best that he does speak with his father one more

20    time, and, most respectfully, we're requesting to do this plea

21    on January 7.

22         THE COURT:  January what?

23         MR. DEL VALLE:  7.

24         THE COURT:  January 7?

25         MR. DEL VALLE:  Yes, your Honor.

JCNQferC

1          DEPUTY CLERK:  11:00.

2          MR. DEL VALLE:  Your Honor, of course we are agreeing

3     to the waiver of speedy trial clock for that purpose.

4          THE COURT:  The Court has to make an independent

5     finding on that.

6          Government's position?

7          MS. ROTHMAN:  Your Honor, no objection to the brief

8     adjournment, and we'd also request an exclusion of time under

9     the Speedy Trial Act.  That time will allow the defendant to

10    consider whether or not he in fact wants to plead guilty.

11         THE COURT:  Sure.  Sure.  Whether there is a plea

12    disposition is completely up to the defendant advised by

13    counsel.  The Court doesn't get involved in that at all.  I

14    give the parties the opportunity to discuss a disposition short

15    of trial, but if the defendant for any reason at all wishes to

16    go to trial, that's the defendant's complete right.  So, of

17    course I will give the parties time so that the defendant can

18    consider all of his options.  At the next conference, if

19    there's a plea, that's completely up to the defendant advised

20    by counsel.  If not, then I should go forward with the motion

21    schedule and setting a trial date.

22          So I will set another conference for January 7, 2020

23    at 11:00 a.m.  I will exclude prospectively the time from today

24    until January 7, 2020 from Speedy Trial Act calculations.  The

25    continuance is designed to assure effective assistance of

JCNQferC

1     counsel.  It's designed to allow the parties to discuss a

2     disposition short of trial.  The Court finds that the ends of

3     justice served by ordering the continuance outweigh the best

4     interests of the defendant and the public in a speedy trial.

5     This order of exclusion is made pursuant to 18 U.S.C., Section

6     3161(h)(7)(A).

7               OK.  Anything further?

8               MS. ROTHMAN:  No, your Honor.  Thank you.

9               MR. DEL VALLE:  Nothing further from the defendant.

10              Thank you, your Honor.  Happy holidays.

11              THE COURT:  Happy holidays to all of you.

12              OK.  Good morning all.

13              (Adjourned)

14

15

16

17

18

19

20

21

22

23

24

25