# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

Leticia Silva
Legal Assistant

March 26, 2020

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
-VIA ECF-

[Handwritten: Sentence adjourned to 6/19/20 at 10:30 A.M. So ordered. 3/27/20 /s/ John G. Koeltl U.S.D.J.]

Re:   USA v. Leonardo Fernandez
      19 Cr. 267 (JGK)

Dear Judge Koeltl:

    I represent Mr. Leonardo Fernandez in the above captioned matter, whose Sentencing hearing is presently scheduled for April 27, 2020 at 10:00 AM.

    Due to the COVID-19 outbreak, and to contribute to the measures that are being taken to reduce the spread of this virus, we'd like to respectfully request a 60-day adjournment of this hearing.

    The Government, by way of A.U.S.A. Karin Portlock, consents to this request.

    Thank you for your consideration to this matter.

                                         Respectfully submitted,

                                         /S/Telesforo Del Valle, Jr., Esq.
                                         Del Valle & Associates
                                         Attorney for
                                         Leonardo Fernandez,
                                         Defendant.

Cc:     A.U.S.A. Karin Portlock, Esq.