# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.                                                                 Email: tdvesq@aol.com

Michael J. Sluka                                                                          Fax. (212)481-4853
Lawrence D. Minasian

___                                                                                                              ___

Lucas E. Andino                                                                                Leticia Silva
William Cerbone                                                                              Legal Assistant
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

October 16, 2020

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
-VIA ECF-

                                      Re:    <u>USA v. Leonardo Fernandez,</u>
                                                    19 Cr. 267 (JGK)

Dear Judge Koeltl,

      Our office represents Mr. Leonardo Fernandez in the above-captioned matter, which has a Sentencing Hearing scheduled for October 21, 2020 at 10:00AM.

      We respectfully request a 60-Day adjournment of the Sentencing Hearing. Counsel for the defendant and the government are currently resolving issues that affect the Sentencing of Mr. Fernandez.

      The government by way of A.U.S.A. Andrew Chan consents to this request.

      Thank you for your consideration.

                                                                       Sincerely,

                                                                       Respectfully submitted,
                                                                       *S/Telesforo Del Valle Jr.*
                                                                       Telesforo Del Valle Jr., Esq.
                                                                       Attorney for Defendant,
                                                                       Leonardo Fernandez

Cc: AUSA Andrew Chan, Esq.