Juan Fernandez
1363 Findlay Ave Apt. 6B
Bronx, NY 10456
(929)402-6265

May 5, 2020

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.New York, NY 10007-1312

Re: USA v. Leonardo Fernandez
19 Cr. 267 (JGK)

Dear Judge Koeltl:

I, Juan Fernandez, am the father of Leonardo Fernandez. He is the oldest of my three sons with Diana Betancourt. I love my son with all my heart and I will always be there for him. He has made many mistakes in his life, of which I am not proud, but I will never abandon my son as he will never abandon me.

I have to admit that my son and his siblings have had a very rough and difficult childhood. Their mother was a drug addict and I could not take care of them all the time, so they lived with their grandmother until they were old enough that I could take care of them. Even when they lived with their grandmother, I was always there and he had me as a father figure, but I was not able to be with him all the time, or as much as I wished. My children never had good influences and role models in their life. I myself have made my own share of mistakes in my life. I don't want to make excuses for him, but I understand that his mistakes are a result of the people he surrounded himself with and his environment.

I wish I could write this letter with my own hands to show Your Honor my sincerity, but I had to have my hands and feet amputated due to a medical malpractice and I am dictating this letter and asking for it to be edited it so that it is not too long. I would like you to be able to be very good with words to explain and let you understand who he really is as a person, and hope that you don't judge him by his criminal record. He is not the same person he was when he was a teenager. When I had my hands and feet amputated, my son became my caregiver. He was there for me for emotional support and cared for me. I truly feel like he grew up and became a man when he started seeing me like this. After this incident, he became more responsible, and more serious about doing things right for me and for himself. After he was incarcerated, every time I get to speak to him he tells me he is very worried about me. I used to speak with him more, but

with this pandemic, I don't get to speak with my son so much. When we speak, he tells me how sorry he is that he can't be with me and tells me he wishes he hadn't made those mistakes. He tells me how much he regrets everything and how much he wishes to be out to be with his girlfriend and build a life with her, and to also take care of me. He is working on his GED in prison, and is hoping to get a good job when he gets out. He promises me he will never do anything illegal again and that he is done with all those things. He wants to be a better man and a better son.

    I beg Your Honor to please give my son an opportunity. He has finally learned that nothing good comes from having the lifestyle and I know he will make positive changes in his life that will not allow him to fall into those things again. He regrets everything and is inspired to do good. Thank you for reading this letter.

                                                    Sincerely,

                                                  Juan Fernandez

Palmerio Fernandez
345 E 205 Street Apt. 1
Bronx, NY 10467

June 12, 2020

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St. New York, NY 10007-1312

Re: USA v. Leonardo Fernandez
19 Cr. 267 (JGK)

Dear Judge Koeltl:

I am Palmerio Fernandez. I live in the above referenced address and may be contacted at (718)881-2169

Leonardo Fernandez is my nephew and I know him all his life since he was born. I am the brother of Leo's father, Juan Fernandez.

My nephew Leo was a very good kid growing up. He was very outspoken and well behaved. He cared for his brothers very much and defended them, especially his brother Eliott, because he is the youngest and because he suffered a head injury from a car accident they were in when they were little.

As an teenager, he was a rebel and he got a trouble a few times. As an adult, he has been more stable with his girlfriend and taking care of my brother until he got in trouble again and was arrested. It is a sad that this happened during a time that my brother needs him the most, and when Leo was starting to do better.

I am hoping he gets out of prison soon. With this COVID-19 situation, my brother needs him the most. I can't be there for him because I work and have my own responsibilities.

I hope that you find it in your heart to give him a chance. Thank you.

Sincerely,

Palmerio Fernandez
(718)881-2169

Maria Segura
1363 Findlay Avenue Apt. 5C
Bronx, NY 10456
(646)359-7271

September 2, 2020

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St. New York, NY 10007-1312
-VIA ECF-

Re: *USA v. Leonardo Fernandez*
19 Cr. 267 (JGK)

Dear Judge Koeltl:

I know Leonardo for about 15 years. He and his family have been my neighbors for a all this time. We always saw each other in the neighborhood, or at get-togethers and other celebrations. I'd say I saw Leonardo almost every single day.

I know him as a responsible and hard-working person. He has gone through some issues before, but he remains positive about the future. He wants to put his life in order and get a decent job to allow him to support his family, especially his father, Juan.

Mr. Juan got very sick and lost his hands and feet. He really needs his son around to help him with evey day tasks, to take him to the doctor's and get his groceries.

I attest to Mr. Leonardo Fernandez character as being someone who deserve an opportunity and who will not take this opportunity for granted.

I pray you find it in your heart to give him an opportunity.

Sincerely,

Maria Segura

## Anabella Tours, Inc.
291 E 170 Street
Bronx, NY 10456
(718)992-1636  Fax (718)588-3886
anaisa1990@hotmail.com

10/05/2020

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St. New York, NY 10007-1312

    Re: USA v. Leonardo Fernandez
    19 Cr. 267 (JGK)

Dear Judge Koeltl:

    I, Anabella Pouriet, president of Anabella Tours, Inc., a travel and multiservice agency located at the address above, am writing this letter concerning my dear friend, Leonardo Fernandez. I address Your Honor and in this letter with utmost respect, and am thankful for the opportunity to do so.

    When Leonardo Fernandez first told me he was in this issue with the law I could not believe it. Although I have only known him about four years, Leonardo has demonstrated to me to be a very proper and respectful young man.

    I have been his close friend for the years I have known him and I have shared and celebrated many special occasions with him. I have observed him to be very patient towards everyone, kind-hearted, and diligent with his work and family duties.

    I pray that you take this letter into consideration and pray that Leonardo Fernandez is granted an opportunity to redeem himself.

    Thank you very much once more for the opportunity and for taking your time to read this letter. Thank you.

Best Regards,

*Anabella Pouriet*

Anabella Pouriet, President

Dolores Medrano
285 E 170th St
Bronx, NY 10456

July 23, 2020

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St. New York, NY 10007-1312
-VIA ECF-

                                                     Re: **USA v. Leonardo Fernandez**
                                                     19 Cr. 267 (JGK)

Dear Judge Koeltl:

      I, Dolores Medrano, would like to write to you about Leonardo Fernandez. I have known his family for over 15 years from the neighborhood. I work at El Fogon restaurant in the neighborhood where they live. He is also a very good friend of my daughter, Paola Cerda. He is a very kind young man and an excellent son and brother.

      I believe that Leonardo Fernandez should be given an opportunity to put his life back on the right track and to do well by his family. He is a good son and will not take the opportunity for granted.

      I hope and pray you find it in your heart to give him his freedom.

                                                    Thank you,

                                                  *Maria Medrano*
                                                  Maria Medrano

Paola Cerda<br>
1362 Findlay Avenue Apt. 6F<br>
Bronx, NY 10456<br>
(201)877-6539

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St. New York, NY 10007-1312
-VIA ECF-

Re: <u>USA v. Leonardo Fernandez</u><br>
19 Cr. 267 (JGK)

Dear Judge Koeltl:

    I, Paola Cerda, am 35 years old and live in the above referenced address. I certify that I am the neighbor and close friend of Mr. Leonardo Fernandez.

    I am addressing you expressing my most sincere words. I've known him for over 15 years and he is dear friend to me. He has always been a special person in his family, a kind-hearted and optimistic person without malice in his heart.

    We all feel very sorry for the situation he finds himself in as we all know that Leo is a good person.

    I wholeheartedly request an opportunity for him. We leave justice in your hands and hope that God is with you when you make a decision about Leo's future.

    Thank you for taking your time to read my letter.

Sincerely,<br>
<br>
Paola Cerda

Ariela Victorio
1363 Findlay Ave, Apt. 1C
Bronx, NY 10456
(347)209-2150

September 15, 2020

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St. New York, NY 10007-1312

Re: USA v. Leonardo Fernandez
19 Cr. 267 (JGK)

Dear Judge Koeltl:

My name is Ariela Victorio and I am Leonardo Fernandez's step-sister. I know him very than anyone as he is Leo is my brother and my best friend.

He confides in me whenever he needs to speak to someone and he tells me of how hard this is for him. It is harder than ever because he understands that he has made mistakes in the past and he is hurt that he is putting us through this as well.

It's unfortunate the it happened more than once, but now he understands more than ever the harm that he has done, what it is like to lose of his freedom, and the consequences of his actions.

He is very remorseful and embarrassed that he put himself and all of us through this. He swears he won't ever do this again and we believe him. We hope you believe him too.

I hope that Your Honor may take his remorse and promise to do better into consideration when imposing a sentence on him. Thank you.

Sincerely,

_____
Ariela Victorio

Reynalda Victorio
2165 Bolton Street, Apt 6C
Bronx, NY 10462

October 1, 2020

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
-VIA ECF-

                                        Re: USA v. Leonardo Fernandez
                                        19 Cr. 267 (JGK)

Dear Judge Koeltl:

      It is a great honor for me to address Your Honor in this letter to tell you about my dear brother, Leonardo Fernandez. I've known, loved and admired by brother all my life. He is the best brother I could ever ask for and the best friend God gifted me.

      My brother and I are very close. As brother and sister and living together, he and I have gone through similar things throughout our lives. I can say that I know and understand my brother more than anyone in this world

      I know my brother very well and I know that the problem he is in now, does not at all reflect his character and who he is as a person. My brother taught me to stay away from trouble and troublesome people. He taught me to be very selective about who I hang out with. Because troublesome people would only bring me trouble and keep me from what I needed to do, which was to do well in school.

      He has always been very caring and kind to others. Also, a reliable friend to his close friends, but he has always been very mature to stay away from troublesome people. I don't know how my brother found himself in this situation, but I know he has reflected and understands his mistake.

      I respectfully ask Your Honor to give my brother a chance to continue to be a free man and build a family with his girlfriend. He is a very calm and kind person. He will not be a threat to anyone.

      I thank you for your time in reading this letter and hope you take my words into consideration when deciding my brother's future. Thank you.

*Reynelda Victorio*
Reynalda Victorio