**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---

**UNITED STATES OF AMERICA**

- against -

**LEONARDO FERNANDEZ,**

                  **Defendant.**

**19-cr-267 (JGK)**

<u>**ORDER**</u>

---

**JOHN G. KOELTL, United States District Judge:**

The Government should respond to the defendant's Amendment 821 application by **June 21, 2024.** The defendant may reply by **July 9, 2024.** The Clerk is respectfully directed to mail a copy of this order to the <u>pro se</u> defendant, and to note mailing on the docket.

**SO ORDERED.**

**Dated: June 5, 2024**
       **New York, New York**

                                                        /s/ John G. Koeltl
                                                       **John G. Koeltl**
                                                  **United States District Judge**