UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -                      19-cr-267 (JGK)

LEONARDO FERNANDEZ,              ORDER

            Defendant.

---

JOHN G. KOELTL, District Judge:

By **July 19, 2024,** the Government should respond to the new argument made in the defendant's June 18, 2024 submission in further support for his application for a reduction of sentence based on Amendment 821, ECF No. 48, namely that he should not have been sentenced as a career offender.

SO ORDERED.

Dated:    New York, New York
           July 3, 2024

                                         John G. Koeltl
                                     United States District Judge